

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-12-2007

# Ogden Fire Co No 1 v. Upper Chichester Twp

Precedential or Non-Precedential: Precedential

Docket No. 06-2297

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Ogden Fire Co No 1 v. Upper Chichester Twp" (2007). *2007 Decisions.* Paper 292.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/292

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

06-2297/07-1694

OGDEN FIRE COMPANY NO. 1;
SPRINT SPECTRUM, L.P.
Appellees
v.

UPPER CHICHESTER TOWNSHIP; ZONING HEARING BOARD OF UPPER
CHICHESTER TOWNSHIP,
Appellants

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(05-cv-01031)
District Judge: Hon. John R. Padova

Argued: May 21, 2007

Before: McKee, Ambro, Circuit Judges and
Ackerman,* District Judge

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on October

4, 2007, be amended as follows:

On page 7, delete the sentence "With Sprint's antennas on the top of the
monopole would increase the total height of the tower to 133 feet" and
replace it with the sentence "With Sprint's antennas on the top of the
monopole, the total height of the tower would be 133 feet."

---

*The Honorable Harold Ackerman, Senior District Judge of the United States
District Court for the District of New Jersey, sitting by designation.

1

BY THE COURT

/s/ Theodore A. McKee
 Circuit Judge

Dated: October 12, 2007